DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RYAN COULTER NEWMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3882

_____

September 30, 2022

Appeal from the Circuit Court for Hillsborough County; Laura E.
Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine,
Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

        Affirmed.

MORRIS, C.J., and CASANUEVA and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.